■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREGORY

GAYLE, Appellant, v CHARLES J. SCULLY, Respondent. [595 NYS2d 325] —Appeal by the petitioner from an order of the Supreme Court, Dutchess County (Beisner, J.), entered November 6, 1991, which denied his application for a writ of habeas corpus and dismissed the petition.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.